UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TRACY GOOCH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-01001 |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE, | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the contemporary fled Memorandum Opinion, NES' motion for summary judgment (Doc. No. 32), is **GRANTED IN PART and DENIED IN PART.**

The following claims are dismissed: disparate impact under Title VII, hostile work environment under Title VII, retaliation, negligence, and ADEA disparate treatment.

The remaining claims of hostile work environment under § 1981 and § 1983 and failure to promote under Title VII and § 1981 and § 1983, will proceed to trail on **October 4, 2022**, at 9:00 a.m.

The parties shall proceed to mediation. Within ten (10) days of this Order, the parties shall notify the Court of their agreed mediator and the date for mediation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE