UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY GOOCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:20-cv-01001 ) |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have filed a Stipulation of Voluntary Dismissal (Doc. No. 48). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE